**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GEORGE SMILEY

        Plaintiff,

vs.                                        Case No. 3:06-cv-113-J-32HTS

TT OF ORANGE PARK, INC.,
d/b/a KEITH PIERSON TOYOTA
OF JACKSONVILLE

        Defendant.

**ORDER**

This race discrimination and retaliation case brought under Title VII, the Florida Civil Rights Act (FCRA) and the Florida Whistleblower Act came before the Court on Defendant TT of Orange Park, Inc. d/b/a Keith Pierson Toyota of Jacksonville's Motion for Summary Judgment (Doc. 11). After having reviewed the parties' memoranda, relevant case law, pertinent portions of the record and holding oral argument for over ninety minutes, the undersigned finds that, when viewing the evidence in the light most favorable to the plaintiff, there is a genuine issue of material fact precluding summary judgment on all claims (Counts I through V) in Plaintiff George Smiley's Complaint. While the Court notes plaintiff's position at oral argument that his race discrimination and hostile work environment claims set forth in both Counts I (Title VII) and III (FCRA) are intertwined, the Court finds that under controlling Title VII and FCRA case law, there are different elements of proof required

for a race discrimination claim and a hostile work environment claim based on race. Though summary judgment is due to be denied on each theory in both Counts I and III, the Court has questions about whether plaintiff can make the required showing for the hostile work environment claims that the harassment was sufficiently severe or pervasive to alter plaintiff's terms and conditions of employment.  The undersigned will revisit that issue at the Rule 50 stage of the trial.  Accordingly, it is hereby **ORDERED**:

Defendant TT of Orange Park, Inc. d/b/a Keith Pierson Toyota of Jacksonville's Motion for Summary Judgment (Doc. 32) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 31st day of May, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

copies: counsel of record