**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GEORGE SMILEY,

    Plaintiff,

v.                                CASE NO. 3:06-cv-113-J-32HTS

TT OF ORANGE PARK, INC.,
d/b/a KEITH PIERSON
TOYOTA OF JACKSONVILLE,

    Defendant.

_____

**<u>O R D E R</u>**

Pursuant to the Order (Doc. #41) entered by the Honorable Timothy J. Corrigan on August 22, 2007, this case is hereby set for a settlement conference before the undersigned for **Friday, August 31, 2007, at 10:00 a.m.**, in Courtroom 5A (5th floor), United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.  Trial counsel and all parties or representatives of the parties with full settlement authority shall personally attend.[1]

No later than **Wednesday, August 29, 2007, at 5:00 p.m.**, counsel for each party shall submit for the Court's consideration an "open" memorandum setting forth their respective positions on settlement.  These "open" memoranda **should not be filed with the**

---

[1] The parties are reminded that photo identification is required to enter the United States Courthouse.  In addition, cellular telephones and laptop computers are prohibited in the Courthouse.

**Clerk of the Court**, but rather should be hand delivered directly to the chambers of the undersigned, with a copy faxed, e-mailed or hand delivered to opposing counsel. In addition to this "open" memorandum, at the same time, each party shall **submit to the Court only, and not opposing counsel**, a memorandum marked **"CONFIDENTIAL,"** which shall set forth the ultimate settlement position to which each party would be willing to agree. These "confidential" memoranda are for the Court's benefit only and the contents thereof will not be communicated to anyone.

At the conclusion of the settlement conference, whether or not settlement is reached, these memoranda will be destroyed by the Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of August, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any